LEOPOLD WORMSER et al., Appellants, *v.* ISAAC LEVY, Respondent.

(Submitted April 24, 1891; decided May 8, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 7, 1891, which affirmed a judgment in favor of defendant dismissing the complaint entered upon a decision of the court on trial at Special Term.

*Edward W. S. Johnston* for appellants.

*Otto Horwitz* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

_____

ANN LEE as Administratrix, etc., Respondent, *v.* THE VACUUM OIL COMPANY, Appellant.

(Argued April 20, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 19, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a new trial.

The following *mem.* was handed down herein :

" The court in another proceeding in this action,* having held that the judgment appealed from was settled and extinguished by the agreement of the parties, have concluded to dismiss the appeal in this action without costs to either party.

*Theodore Bacon* for appellant.

*John Van Voorhis* for respondent.

*Per Curiam mem.* for dismissal of appeal.
All concur.
Appeal dismissed.

_____

* *Lee* v. *Vacuum Oil Co., ante,* p. 579.